**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Elk Run Property Owners Association, Inc.,<br><br><br><br>Debtor. | Case No.: 26-10311 TBM<br>Chapter 11 (Subchapter V) |
| Elk Run Property Owners Association, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>First American Trust, FSB, as Trustee, *et al.*,[1]<br><br>    Defendants. | Adv. No.: 26-1168 TBM |

**SECOND STATUS REPORT**

Plaintiff Elk Run Property Owners Association, Inc. (the "**Plaintiff**") provides this second status report in furtherance of the Court's *Order Granting, in Part, and Denying, in Part, Debtor's Motion to Alter Standard Case Procedures* (Docket No. 6; the "**Order**"), and states as follows:

1.    On June 24, 2026, Plaintiff commenced the instant adversary proceeding via its *Complaint to Authorize Sale of Debtor and Non-Debtor Co-Owners' Interests in Real Property Pursuant to 11 U.S.C. § 363(h)* (the "**Complaint**").

2.    Contemporaneous with the filing of the Complaint, Plaintiff filed *Plaintiff's Motion for Forthwith Entry of an Order Altering Certain Procedures and Extending Certain*

---

[1]    A full list of all named defendants is included in the Amended Complaint (as defined below).

*Deadlines in Connection with the Administration and Prosecution of the Adversary Proceeding* (Docket No. 3; the "**Motion to Alter**"), seeking to alter certain matters in relation to the adversary proceeding.

3. On July 10, 2026, the Court entered the Order, which granted in part and denied in part the Motion to Alter. The Court ordered the filing of an amended complaint with all the names of the defendants listed in the caption by July 21, 2026. The Court also ordered that "[w]hen the Debtor electronically files the Amended Complaint, the Debtor shall also complete the Name Field in the CM/ECF system listing the name and address for each Defendant separately." Order, pp.14 and 15. And footnote 2 at the end of this sentence states, "[i]f the Debtor experiences a technological impediment to doing so, such as the CM/ECF system not accepting the entry of all [the] names and addresses of the Defendants, the Debtor shall file a status report with the Court describing the Debtor's efforts and results."

4. In furtherance of the above, on July 16, 2026, Plaintiff filed its amended complaint with the names of all the defendants in the caption (Docket No. 8; the "**Amended Complaint**").

5. Also on July 16, 2026, Plaintiff filed an initial *Status Report* (Docket No. 9) noting that last week Plaintiff has had several communications with the Clerk's Office to coordinate the method and means to input the names and addresses into the Court's CM/ECF system, with such discussions yet to conclude. Plaintiff further reported that it was endeavoring to fully complete inputting the names and addresses by today, and would file a further status report by today with its progress.

-2-

6.      With further guidance from the Clerk's Office, Plaintiff reports that it has now fully completed inputting the names and addresses.  Plaintiff expresses gratitude and appreciation for the timely and thoughtful assistance from the Clerk's Office.

Dated: July 21, 2026                    Respectfully submitted,

*/s/ Kevin S. Neiman*
Kevin S. Neiman, #36560
**LAW OFFICES OF KEVIN S. NEIMAN, PC**
P.O. Box 100455
Denver, CO 80250
Telephone: (303) 996-8637
Email:        kevin@ksnpc.com

Brandy A. Sargent
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Email:        brandy.sargent@klgates.com

Daniel M. Eliades
Peter J. D'Auria
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email:        daniel.eliades@klgates.com
               peter.dauria@klgates.com

Jonathan N. Edel
**K&L GATES LLP**
300 South Tryon St., Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7400
Email:        jon.edel@klgates.com

*Counsel for Plaintiff*