# U.S. Bankruptcy Court

**District of Colorado**

| | | | |
|---|---|---|---|
| In re: | ELK RUN PROPERTY OWNERS ASSOCIATION, INC.<br><br>**Debtor(s)** | ) | **Case No:** 26-10311 TBM |
| | ELK RUN PROPERTY OWNERS ASSOCIATION, INC.<br><br>**Plaintiff** | ) | **Adv. Proc. No.** 26-1168 TBM |
| v. | FIRST AMERICAN TRUST FSB, AS TRUSTEE, ET AL.<br><br>**Defendant** | ) | |

***ALIAS SUMMONS IN AN ADVERSARY PROCEEDING***

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

*Address of Clerk*

*Clerk, U.S. Bankruptcy Court*
*District of Colorado*
*721 19th St.*
*Denver, CO 80202-2508*

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| *Name and Address of Plaintiff's Attorney* | | |
|---|---|---|
| *Kevin S. Neiman* | *Brandy Sargent* | *Daniel Eliades* |
| *Law Offices of Kevin S. Neiman, P.C.* | *K&L Gates LLP* | *K&L Gates LLP* |
| *PO Box 100455* | *One SW Columbia St., Ste. 1900* | *One Newark Ctr, 10th Fl.* |
| *Denver, CO 80250* | *Portland, OR 97204* | *Newark, New Jersey 07102* |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

U. S. BANKRUPTCY COURT * DISTRICT OF COLORADO * SEAL

**Kenneth S. Gardner, Clerk**

**Date Issued**

September 18 **, 2026**

continued caption:
**Listing of Defendant Names:**

Burton, Katherine

Delhotal, Charles

Eichler, John

Jones, Beverly

Kerns, Carl

Kuykendall, Sharon

Markham, Denise

McCullough, Joan

Michaels, Julianne

Paniagua, Marian

Puckett, Peggy

Rainey, Jovonna

Royal, Karen

Shaffer, Patrick

Vigil, Carol

Warfield, John David

Warren, David

Witten, Pam

Wolf, Ezekiel

A to Z Properties LLC
a/k/a A 2 Z Properties LLC

First Assembly of God
a/k/a First Assembly of God North Little Rock, Inc.

St. Louis Catholic Church
a/k/a St. Louis Catholic Parish in Louisville