**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Elk Run Property Owners Association, Inc.,<br><br>Debtor. | Case No. 26-10311 TBM<br>Chapter 11 (Subchapter V) |
| Elk Run Property Owners Association, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>First American Trust, FSB, *et al.,*<br><br>Defendants. | Adv. No.: 26-1168 TBM |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 24, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Adversary Proceeding Service Package Cover Letter**
- **Stipulation and Consent Judgment Authorizing Sale of Ownership Interest Pursuant to 11 U.S.C. § 363(h)**
- **Alias Summons in an Adversary Proceeding [Docket No. 19]**
- **First Amended Complaint to Authorize Sale of Debtor and Non-Debtor Co-Owners' Interests in Real Property Pursuant to 11 U.S.C. § 363(h) [Docket No. 8]**

Dated: October 7, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 7th day of October, 20 26 by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2554122
My Comm. Expires May 2, 2030

# EXHIBIT A

**Exhibit A**

Service List

| Creditor | Address | | | | Method of Service |
|---|---|---|---|---|---|
| A TO Z PROPERTIES LLC | A TO Z PROPERTIES LLC A/K/A A 2 Z PROPERTIES LLC | ATTENTION MANAGER, MANAGING MEMBER, OR OFFICER | 1410 RICHMOND RD | TEXARKAN, TX 75503-3855 | First Class Mail |
| A TO Z PROPERTIES LLC | WILLIAM E. POULTER, AS REGISTERED AGENT | A TO Z PROPERTIES LLC AKA A 2 Z PROPERTIES LLC | 504 W. LOOKOUT #420 | RICHARDSON, TX 75080 | First Class Mail |
| DELHOTAL, CHARLES | 716 NW 41ST ST | OKLAHOMA CITY, OK 73118 | | | First Class Mail |
| EICHLER, JOHN | 1600 WESTBROOK AVE APT 767 | RICHMOND, VA 23227 | | | First Class Mail |
| FIRST ASSEMBLY OF GOD | MICHAEL HOLLAND, DIRECTOR | FIRST ASSEMBLY OF GOD A/K/A FIRST ASSEMBLY OF GOD NORTH LITTLE ROCK, INC. | 4500 W COMMERCIAL DR. | NORTH LITTLE ROCK, AR 72116 | First Class Mail |
| FIRST ASSEMBLY OF GOD | MIRANDA STONE, AS REGISTERED AGENT | FIRST ASSEMBLY OF GOD A/K/A FIRST ASSEMBLY OF GOD NORTH LITTLE ROCK, INC. | 4500 W COMMERCIAL DR. | NORTH LITTLE ROCK, AR 72116 | First Class Mail |
| FIRST ASSEMBLY OF GOD | ROD ROY, CHAIRMAN | FIRST ASSEMBLY OF GOD A/K/A FIRST ASSEMBLY OF GOD NORTH LITTLE ROCK, INC. | 4500 W COMMERCIAL DR. | NORTH LITTLE ROCK, AR 72116 | First Class Mail |
| JENKINS, BRUCE SR, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES | PO Box 1368 | Elkton, MD 21922 | | | First Class Mail |
| JONES, BEVERLY | 3201 HOPKINS RD APT 102 | KRUM, TX 76249 | | | First Class Mail |
| Kathy Burton | 400 West 220th Street | Belton, MO 64012 | | | First Class Mail |
| KERNS, CARL | 10700 FINELAND DR NW APT 109 | ALBUQUERQUE, NM 87114 | | | First Class Mail |
| KUYKENDALL, SHARON | 9272 MILLCREEK CT | HIGHLANDS RANCH, CO 80126 | | | First Class Mail |
| MARKHAM, DENISE | 1307 SPRING BRANCH DR NE | HARTSELLE, AL 35640 | | | First Class Mail |
| MCCULLOUGH, JOAN | 2975 TERRACE DR APT 115 | LAS CRUCES, NM 88011 | | | First Class Mail |
| MICHAELS, JULIANNE | 101 ARIANA CV | CRAWFORDVILLE, FL 32327 | | | First Class Mail |
| PANIAGUA, MARIAN | 14171 COUNTY ROAD 3495 | ADA, OK 74820 | | | First Class Mail |
| PUCKETT, PEGGY | 11395 N 1760 RD | SAYRE, OK 73662 | | | First Class Mail |
| RAINEY, JOVONNA | 3708 VERMONT ST NE | ALBUQUERQUE, NM 87110 | | | First Class Mail |
| ROYAL, KAREN | 6305 76TH ST | LUBBOCK, TX 79424 | | | First Class Mail |
| SHAFFER, PATRICK | 6288 FLAT ROCK CREEK CT | LAS VEGAS, NV 89149 | | | First Class Mail |
| ST. LOUIS CATHOLIC CHURCH | ST. LOUIS CATHOLIC CHURCH A/K/A ST. LOUIS CATHOLIC PARISH IN LOUISVILLE | ATTENTION DIRECTOR, MANAGER, OR OFFICER | 902 GRANT AVE. | LOUISVILLE, CO 80027 | First Class Mail |
| ST. LOUIS CATHOLIC CHURCH | THE ARCHDIOCESE OF DENVER MANAGEMENT COMPANY, AS REGISTERED AGENT | ST. LOUIS CATHOLIC CHURCH A/K/A ST. LOUIS CATHOLIC PARISH IN LOUISVILLE | 1300 S. STEELE ST. | DENVER, CO 80210 | First Class Mail |
| VIGIL, CAROL | 4609 92ND ST | LUBBOCK, TX 79424 | | | First Class Mail |
| WARFIELD, JOHN DAVID | 107 W WOODLAWN AVE | TAMPA, FL 33603 | | | First Class Mail |
| WARREN, DAVID | 2965 NE 351 PVT RD | OSCEOLA, MO 64776 | | | First Class Mail |
| WITTEN, PAM | 234 WALNUT PL | PAGOSA SPRINGS, CO 81147 | | | First Class Mail |
| WOLF, EZEKIEL | 10 WALSH LN | CLIFTON PARK, NY 12065 | | | First Class Mail |